UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                           :
:
:
:
           -v-                                                     :     23 Cr. 210 (JPC)
:
RICHARD DAVID GUERRERO-FAJARDO,                                    :          ORDER
:
           Defendant.                                              :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

  The Probation Department has submitted a request that the Court grant early termination of the Defendant Richard David Guerrero-Farjado's supervised release.  In that request, the Probation Department indicated that the United States of America opposes early termination for Defendant.  In the event the Government opposes early termination, it shall file a letter with its position within thirty days of this Order.

  SO ORDERED.

Dated: June 13, 2024
   New York, New York          _____
                     JOHN P. CRONAN
                     United States District Judge